UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: AMERICAN INDUSTRIAL FENCING CORPORA § Case No. 08-33482
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15am on 06/17/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/04/2011     By: /s/DEBORAH K. EBNER
                                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: AMERICAN INDUSTRIAL FENCING CORPORA § Case No. 08-33482
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 25,009.96

and approved disbursements of $ 88.59

leaving a balance on hand of [1] $ 24,921.37

Balance on hand: $ 24,921.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | Illinois Department of Employment Security | 8,673.98 | 8,673.98 | 0.00 | 8,673.98 |

Total to be paid to secured creditors: $ 8,673.98
Remaining balance: $ 16,247.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER | 3,251.00 | 0.00 | 3,251.00 |
| Trustee, Expenses - DEBORAH K. EBNER | 7.03 | 0.00 | 7.03 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 3,337.50 | 0.00 | 3,337.50 |
| Accountant for Trustee, Fees - LOIS WEST | 1,980.00 | 0.00 | 1,980.00 |

Total to be paid for chapter 7 administration expenses: $ 8,575.53
Remaining balance: $ 7,671.86

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00
Remaining balance:                                          $    7,671.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $95,245.50 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Employment Security | 10,041.71 | 0.00 | 808.84 |
| 9P | Department of Treasury | 85,203.79 | 0.00 | 6,863.02 |

Total to be paid for priority claims:  $    7,671.86
Remaining balance:                     $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,019,596.41 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | Illinois Department of Employment Security | 360.00 | 0.00 | 0.00 |
| 6 | Great Lakes Bank, NA | 384,357.48 | 0.00 | 0.00 |
| 7 | Veka Innovations, Inc.a Corp | 49,258.89 | 0.00 | 0.00 |
| 9U | Department of Treasury | 10,548.16 | 0.00 | 0.00 |
| 11 | J&J Forest Products | 237,473.90 | 0.00 | 0.00 |
| 13 | Ben Cabay and Helen Cabay | 113,741.95 | 0.00 | 0.00 |
| 14 | Gas City, Ltd. | 13,665.66 | 0.00 | 0.00 |
| 15 | American Residential Fencing Corporation | 80,000.00 | 0.00 | 0.00 |
| 16 | Beverly Fence Corporation | 40,000.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 17 | Yellow Book USA | 89,965.55 | 0.00 | 0.00 |
| 18 | HSBC Bank Nevada, N.A. (Menards) | 224.82 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 08-33482-BWB
American Industrial Fencing Corporation                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 3              Date Rcvd: May 05, 2011
                              Form ID: pdf006            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2011.
```
db          +American Industrial Fencing Corporation,    1909 South Briggs Street,    Joliet, IL 60433-9537
aty         +Colleen E McManus,    Much Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
aty         +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 904,
              Chicago, IL 60603-6306
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
12939700    +AT&T Real Yellow Pages,    Published by DEX,    8519 Innovation Way,    Chicago, IL 60682-0085
13772702    +American Residential Fencing Corporation,    Attention: Cathleen Simmons,    16961 Sheridans Trail,
              Orland Park, IL 60467-5401
12997635    +Ben B cabay,    1207 John Street,    Joliet, IL 60435-6833
12997697    +Ben Cabay,    1207 John Street,    Joliet, IL 60435-6833
13761092    +Ben Cabay and Helen Cabay,    c/o Timothy Clark, attorney,    3100 Theodore Street, #101,
              Joliet, IL 60435-8562
12997691    +Ben Caby,    1207 John Street,    Joliet, IL 60435-6833
13777568    +Beverly Fence Corporation,    c/o Dan Simmons,    2626 W. 111th Street,    Chicago, IL 60655-1807
12939702    +Biehl & Biehl, Inc.,    325 E. Fullerton Avenue,    Carol Stream, IL 60188-1865
12997693    +Cathy Simmons,    16961 Sheridans Trail,    Orland Park, IL 60467-5401
12939703    +Clovis & Roche, Inc.,    c/o Yellow Book USA,    P.O. Box 1164,    Metairie, LA 70004-1164
13607776    +Colonial Pacific Leasing Corporation,    c/o Coston & Rademacher,    105 W. Adams, Ste. 1400,
              Chicago, IL 60603-6206
12939704    +Country Mutual Insurance Co.,    P.O. Box 2100,    Bloomington, IL 61702-2100
13003051    +Dan Simmons,    16961 Sheridans Trail,    Orland Park, IL 60467-5401
12939705    +Dennis B. Porick,    63 W. Jefferson Street,    Suite 100,    Joliet, IL 60432-4337
12939707    +Edward E. Reicin,    4834 S. Oakley,    Chicago, IL 60609-4036
13003054   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,     P.O. Box 5500,    Detroit, MI 48255)
12997633   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Credit,     POB 55000,    Detroit, MI 48255)
13018454   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,     P O Box 537901,
              Livonia MI  48153-9905)
12939709    +GC Services Limited Partnership,    P.O. Box 79(037),    Elgin, IL 60121-0079
12997634    +GMAC,    POB 9001951,    Louisville, KY 40290-1951
12939708    +Gas City, Ltd.,    P.O. Box 85,    Lowell, IN 46356-0085
12939710     Great Lakes Bank,    9697 W. 181st Street,    Mokena, IL 60448
12997695    +Great Lakes Bank,    9697 W 191st Street,    Mokena, IL 60448-8609
13003058     Great Lakes Bank,    9697 W. 91st Street,    Mokena, IL 60448
13488020    +Great Lakes Bank, NA,    c/o L. Hallin,    13057 S. Western Avenue,    Blue Island, IL 60406-2418
14476150    +HSBC Bank Nevada, N.A. (Menards),    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12939711    +IDES,    Collections Section,    33 S. State Street, 10th Floor,    Chicago, IL 60603-2803
12939712    +IL Dept. of Employment Security,    Bankruptcy Unit,    401 S. State Street, 3rd Floor,
              Chicago, IL 60605-1294
13456965   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
              100 West Randolph Street Level 7-400,    Chicago, Illinois  60601)
12939706   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of Treasury,     Internal Revenue Service,    POB 21126,
              Philadelphia, PA  19114)
13003052   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,     Internal Revenue Service,    POB 21126,
              Philadelphia, PA  19114)
12939717   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     Centralized Insolvency Operations,
              P.O. Box 21226,    Philadelphia, PA 19114)
13062742    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808
12939713     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12939715    +Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
12939716    +Ingersoll-Rand Financial Services,    P.O. Box 6229,    Carol Stream, IL 60197-6229
12939718    +J&J Forest Products,    11978 Oak Tree Lane,    Lemont, IL 60439-6775
12939719    +Kenneth J. Donkel,    7220 W. 194th Street,    Suite 105,    Tinley Park, IL 60487-9228
12939720    +L.R. McCoy & Company,    120 Front Street,    Suite 800,    Worcester, MA 01608-1444
12939721    +Laser, Pokorny, Schwartz, et.al.,    6 W. Hubbard Street,    Chicago, IL 60654-4634
12939722    +Lease Finance Group,    233 N. Michigan Avenue,    Suite 1800,    Chicago, IL 60601-5802
12939723    +M. Putterman & Co., LLC,    1888 Momentum Place,    Chicago, IL 60689-5318
13003069    +M. Putterman & Co., LLC,    c/o Edward Reichin,    1888 Momentum Place,    Chicago, IL 60689-5318
12939724    +McCarthy, Burgess & Wolff,    26000 Cannon Road,    Bedford, OH 44146-1807
12939725    +McGraw-Hill Construction,    7625 Collection Center Drive,    Chicago, IL 60693-0076
12997636    +Midwest Suburban,    c/o Dennis B Porick,    63 W Jefferson Street,    Suite 100,
              Joliet, IL 60432-4337
```

```
District/off: 0752-1           User: kseldon              Page 2 of 3                   Date Rcvd: May 05, 2011
                               Form ID: pdf006            Total Noticed: 64

12997637     +Midwest Suburbon Publishing,    c/o Biehl & Biehl INc,     325 E Fullerton Ave,
               Carol Stream, IL 60188-1865
12939727      Payne Fence Products,    3309 SW I-45,    Ennis, TX 75119
12939728     +Peter C. Economos,    333 W. Wacker Drive,     Suite 1700,    Chicago, IL 60606-1247
12939729     +SBC Yellow Pages,    8519 Innovations Way,     Chicago, IL 60682-0085
12939730     +Suburban Chicago Newspapers,    P.O. Box 4345,     Carol Stream, IL 60197-4345
12997638     +Suburban Chicago Newspapers,    c/o Biehl & Biel and Midwestern,     POB 4345,
               Carol Stream, IL 60197-4345
12939731     +Thatcher Law Firm, LLC,    Belle Point Office Park,     7849 Belle Point Drive,
               Greenbelt, MD 20770-3338
12997639     +Toyota Financial Services,    POB 2431,    Carol Stream, IL 60132-0001
13003081     +Veka Innovations, Inc.,    2919 E. Hardies Road,     Gibsonia, PA 15044-8453
12939732     +Veka Innovations, Inc.a Corp,    Teller Levit & Silvertrust PC,     11 E Adams St #800,
               Chicago, IL 60603-6369
13903516     +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,     POB 5126,
               Timonium, Maryland 21094-5126
12939733     +Yellow Book USA,    P.O. Box 3162,    Cedar Rapids, IA 52406-3162
13003082     +Yellow Book USA,    c/o Clovis & Roche,    P.O. Box 3162,    Cedar Rapids, IA 52406-3162
13751190     +gmac,   po box 130424,    roseville, mn 55113-0004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Lois West
12997694       Dan Simmons
aty*         +Deborah Kanner Ebner,    11 E Adams St,    Suite 904,    Chicago, IL 60603-6306
13003045*    +AT&T Real Yellow Pages,    Published by DEX,     8519 Innovation Way,    Chicago, IL 60682-0085
13003046*    +Ben B. Cabay,    1207 John Street,    Joliet, IL 60435-6833
13003047*    +Ben Caby,    1207 John Street,    Joliet, IL 60435-6833
13003048*    +Cathy Simmons,    16961 Sheridans Trail,    Orland Park, IL 60467-5401
13003049*    +Clovis & Roche, Inc.,    c/o Yellow Book USA,     P.O. Box 1164,    Metairie, LA 70004-1164
13003050*    +Country Mutual Insurance Co.,    P.O. Box 2100,     Bloomington, IL 61702-2100
13003053*    +Edward E. Reicin,    4834 S. Oakley,    Chicago, IL 60609-4036
12997698*   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court: Ford Credit,     POB 55000,    Detroit, MI  48255)
13003056*    +GC Services Limited Partnership,    P.O. Box 79(037),     Elgin, IL 60121-0079
13003057*    +GMAC,   P.O. Box 9001951,    Louisville, KY 40290-1951
12997696*    +GMAC,   POB 9001951,    Louisville, KY 40290-1951
13003055*    +Gas City, Ltd.,    P.O. Box 85,    Lowell, IN 46356-0085
13003059*    +IDES,   Collections Section,    33 S. State Street, 10th Floor,     Chicago, IL 60603-2803
13003060*    +IL Dept of Employment Security,    Bankruptcy Unit,     401 S. State Street, 3rd Floor,
               Chicago, IL 60605-1294
12939714*     Illinois Department of Revenue Bankruptcy Section,      P.O. Box 64338,    Chicago, IL 60664-0338
13003061*     Illinois Department of Revenue Bankruptcy Section,      P.O. Box 64338,    Chicago, IL 60664-0338
13003062*    +Illinois Tollway,    P.O. Box 5201,    Lisle, IL 60532-5201
13003063*    +Ingersoll-Rand Financial Services,    P.O. Box 6229,     Carol Stream, IL 60197-6229
13003064*    +J&J Forest Products,    11978 Oak Tree Lane,     Lemont, IL 60439-6775
13003065*    +Kenneth J. Donkel,    7220 W. 194th Street,     Suite 105,    Tinley Park, IL 60487-9228
13003066*    +L.R. McCoy & Company,    120 Front Street,     Suite 800,    Worcester, MA 01608-1444
13003067*    +Laser, Pokorny, Schwartz, et.al.,    6 W. Hubbard Street,     Chicago, IL 60654-4634
13003068*    +Lease Finance Group,    233 N. Michigan Avenue,     Suite 1800,    Chicago, IL 60601-5802
13003070*    +McCarthy, Burgess & Wolff,    26000 Cannon Road,     Bedford, OH 44146-1807
13003071*    +McGraw-Hill Construction,    7625 Collection Center Drive,     Chicago, IL 60693-0076
13003072*    +Midwest Suburban,    c/o Dennis B. Porick,    63 W. Jefferson Street, Suite 100,
               Joliet, IL 60432-4337
13003073*    +Midwest Suburban Publishing,    P.O. Box 757,     Tinley Park, IL 60477-0757
13003074*    +Midwest Suburbon Publishing,    c/o Biehl & Biehl, Inc.,     325 E. Fullerton Avenue,
               Carol Stream, IL 60188-1865
13003075*     Payne Fence Products,    3309 SW I-45,    Ennis, TX 75119
13003076*    +Peter C. Economos,    333 W. Wacker Drive,     Suite 1700,    Chicago, IL 60606-1247
13003077*    +SBC Yellow Pages,    8519 Innovations Way,     Chicago, IL 60682-0085
13003078*    +Suburban Chicago Newspapers,    c/o Biehl & Biel and Midwestern,     P.O. Box 4345,
               Carol Stream, IL 60197-4345
13003079*    +Thatcher Law Firm, LLC,    Belle Point Office Park,     7849 Belle Point Drive,
               Greenbelt, MD 20770-3338
13003080*    +Toyota Financial Services,    P.O. Box 2431,     Carol Stream, IL 60132-0001
12997692*    +Toyota Financial Services,    POB 2431,    Carol Stream, IL 60132-0001
12939701    ##+Ben & Helen Cabay,    c/o Timothy A Clark,     Krockey Cernugel Gowgill & Clark Ltd,
               3100 Theodore Street, Suite 101,    Joliet, IL 60435-8562
12939726    ##+Midwest Suburban Publishing,    P.O. Box 757,     Tinley Park, IL 60477-0757
                                                                                               TOTALS: 2, * 36, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: kseldon              Page 3 of 3              Date Rcvd: May 05, 2011
                               Form ID: pdf006            Total Noticed: 64

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 07, 2011**                    **Signature:**    _Joseph Speetjens_