# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: AMERICAN INDUSTRIAL FENCING CORPORA     Case No. 08-33482

Chapter   7

_____ ,

Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$0.00_____     Assets Exempt: _$0.00_____
*(without deducting any secured claims)*

Total Distribution to Claimants: _$16,346.39_     Claims Discharged
                                 Without Payment: _$1,518,361.71_____

Total Expenses of Administration: _$8,664.12_

3) Total gross receipts of $   25,010.51   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of $25,010.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,202.49 | $74,276.60 | $8,673.98 | $8,673.98 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,664.12 | 8,664.12 | 8,664.12 |
|    PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 18,708.96 | 95,796.85 | 95,796.85 | 7,657.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 986,855.33 | 1,019,611.71 | 1,019,611.71 | 15.30 |
| **TOTAL DISBURSEMENTS** | $1,067,766.78 | $1,198,349.28 | $1,132,746.66 | $25,010.51 |

4)  This case was originally filed under Chapter 7 on December 08, 2008. The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/17/2011_____   By:_/s/DEBORAH K. EBNER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trustee's right title and interest in tangible p | 1229-000 | 25,000.00 |
| Interest Income | 1270-000 | 10.51 |
| **TOTAL GROSS RECEIPTS** | | **$25,010.51** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 3,705.86 | 0.00 | 0.00 |
| 2 | Ford Motor Credit Company LLC | 4110-000 | 18,138.16 | 17,594.86 | 0.00 | 0.00 |
| 3 | Ford Motor Credit Company LLC | 4110-000 | 17,866.00 | 17,331.12 | 0.00 | 0.00 |
| 4S | Illinois Department of Employment Security | 4800-000 | N/A | 8,673.98 | 8,673.98 | 8,673.98 |
| 8 -2 | Colonial Pacific Leasing Corporation | 4110-000 | 0.00 | 4,516.00 | 0.00 | 0.00 |
| 10 | GMAC | 4110-000 | 2,981.10 | 2,996.10 | 0.00 | 0.00 |
| 12 | GMAC | 4110-000 | 19,960.27 | 19,458.68 | 0.00 | 0.00 |
| NOTFILED | GMAC | 4110-000 | 3,256.96 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$62,202.49** | **$74,276.60** | **$8,673.98** | **$8,673.98** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 3,251.00 | 3,251.00 | 3,251.00 |
| DEBORAH K. EBNER | 2200-000 | N/A | 7.03 | 7.03 | 7.03 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 3,337.50 | 3,337.50 | 3,337.50 |
| LOIS WEST | 3410-000 | N/A | 1,980.00 | 1,980.00 | 1,980.00 |
| International Sureties | 2300-000 | N/A | 13.38 | 13.38 | 13.38 |
| International Sureties | 2300-000 | N/A | 75.21 | 75.21 | 75.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,664.12 | 8,664.12 | 8,664.12 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Employment Security | 5800-000 | N/A | 10,041.71 | 10,041.71 | 749.17 |
| 9P | Department of Treasury | 5800-000 | N/A | 85,203.79 | 85,203.79 | 6,356.59 |
| IRS | Internal Revenue Service | 5200-000 | N/A | 536.05 | 536.05 | 536.05 |
| ADMINIDO | Illinois Department of Revenue | 5200-000 | N/A | 15.30 | 15.30 | 15.30 |
| NOTFILED | Department of the Treasury Internal Revenue Servic | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IDES Collections Section | 5200-000 | 18,708.96 | N/A | N/A | 0.00 |
| NOTFILED | IL Dept of Employment Security Bankruptcy Unit | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 18,708.96 | 95,796.85 | 95,796.85 | 7,657.11 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4U | Illinois Department of Employment Security | 7100-000 | N/A | 360.00 | 360.00 | 0.00 |
| 5 | Illinois Department of Revenue | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | Great Lakes Bank, NA – Allowed as unsecured | 7100-000 | 358,358.84 | 384,357.48 | 384,357.48 | 0.00 |
| 7 | Veka Innovations, Inc.a Corp | 7100-000 | 49,884.06 | 49,258.89 | 49,258.89 | 0.00 |
| 9U | Department of Treasury | 7100-000 | N/A | 10,548.16 | 10,548.16 | 0.00 |
| 11 | J&J Forest Products | 7100-000 | 159,403.29 | 237,473.90 | 237,473.90 | 0.00 |
| 13 | Ben Cabay and Helen Cabay | 7100-000 | 18,000.00 | 113,741.95 | 113,741.95 | 0.00 |
| 14 | Gas City, Ltd. | 7100-000 | 0.00 | 13,665.66 | 13,665.66 | 0.00 |
| 15 | American Residential Fencing Corporation | 7100-000 | N/A | 80,000.00 | 80,000.00 | 0.00 |
| 16 | Beverly Fence Corporation | 7100-000 | N/A | 40,000.00 | 40,000.00 | 0.00 |
| 17 | Yellow Book USA | 7100-000 | N/A | 89,965.55 | 89,965.55 | 0.00 |
| 18 | HSBC Bank Nevada, N.A. (Menards) | 7100-000 | N/A | 224.82 | 224.82 | 0.00 |
| PENALTY | Illinois Department of Revenue | 7300-000 | N/A | 15.30 | 15.30 | 15.30 |
| NOTFILED | Clovis & Roche, Inc. c/o Yellow Book USA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Chicago Newspapers c/o Biehl & Biel and M | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Thatcher Law Firm, LLC Belle Point Office Park | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Real Yellow Pages Published by DEX | 7100-000 | 109,245.31 | N/A | N/A | 0.00 |
| NOTFILED | Yellow Book USA c/o Clovis & Roche | 7100-000 | 103,460.38 | N/A | N/A | 0.00 |
| NOTFILED | McGraw-Hill Construction | 7100-000 | 4,833.75 | N/A | N/A | 0.00 |
| NOTFILED | Country Mutual Insurance Co. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter C. Economos | 7100-000 | 18,957.60 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Suburban Publishing | 7100-000 | 7,576.00 | N/A | N/A | 0.00 |
| NOTFILED | McCarthy, Burgess & Wolff | 7100-000 | 119,432.88 | N/A | N/A | 0.00 |
| NOTFILED | SBC Yellow Pages | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Laser, Pokorny, Schwartz, et.al. | 7100-000 | 17,905.41 | N/A | N/A | 0.00 |
| NOTFILED | M. Putterman & Co., LLC c/o Edward Reichin | 7100-000 | 1,106.05 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Tollway | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Payne Fence Products | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Suburban Publishing c/o Biehl & Biehl, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| NOTFILED | Lease Finance Group | 7100-000 | 257.50 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Suburban Publishing | 7100-000 | 7,576.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Suburban Publishing | 7100-000 | 7,058.26 | N/A | N/A | 0.00 |
| NOTFILED | L.R. McCoy & Company | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kenneth J. Donkel | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services Limited Partnership | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Edward E. Reicin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 986,855.33 | 1,019,611.71 | 1,019,611.71 | 15.30 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-33482

Case Name: AMERICAN INDUSTRIAL FENCING CORPORA

Period Ending: 09/17/11

Trustee:      (330480)   DEBORAH K. EBNER

Filed (f) or Converted (c): 12/08/08 (f)

§341(a) Meeting Date: 01/08/09

Claims Bar Date: 04/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Trustee's right title and interest in tangible p  (u) | Unknown | Unknown | | 25,000.00 | 0.00 |
| 2 | Security Deposit | 58,000.00 | 58,000.00 | | 0.00 | FA |
| 3 | Account Receivable | 820,000.00 | 820,000.00 | | 0.00 | FA |
| 4 | Automobiles | 29,600.00 | 29,600.00 | | 0.00 | FA |
| 5 | Office Equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | Bank Account<br>Great Lakes Bank Business Checking | 0.00 | Unknown | | 0.00 | Unknown |
| Int | INTEREST  (u) | Unknown | N/A | | 10.51 | FA |
| 7 | **Assets**      **Totals** (Excluding unknown values) | **$908,600.00** | **$908,600.00** | | **$25,010.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sold right title & interest in personal property. Accountant being retained, returns being prepared and Final report  being prepared

Initial Projected Date Of Final Report (TFR):        December 31, 2015        Current Projected Date Of Final Report (TFR):        May 4, 2011  (Actual)

Printed: 09/17/2011 03:05 PM   V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-33482 | |
| **Case Name:** | AMERICAN INDUSTRIAL FENCING CORPORA | |
| | | |
| **Taxpayer ID #:** | **-***3383 | |
| **Period Ending:** | 09/17/11 | |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****04-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/09 | {1} | J & J Forest Products | Check dated 7/31 - received by mail today (8/14/) | 1229-000 | 15,000.00 | | 15,000.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.24 | | 15,000.24 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 15,000.85 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 15,001.46 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.63 | | 15,002.09 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.63 | | 15,002.72 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 15,003.31 |
| 02/03/10 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #08-33482, #016026455 | 2300-000 | | 13.38 | 14,989.93 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 14,990.50 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.67 | | 14,991.17 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.38 | | 14,991.55 |
| 04/20/10 | | Wire out to BNYM account 9200*****0465 | Wire out to BNYM account 9200*****0465 | 9999-000 | -14,991.55 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13.38 | 13.38 | $0.00 |
| Less: Bank Transfers | -14,991.55 | 0.00 | |
| **Subtotal** | 15,004.93 | 13.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$15,004.93** | **$13.38** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-33482 |
| **Case Name:** | AMERICAN INDUSTRIAL FENCING CORPORA |
| **Taxpayer ID #:** | **-***3383 |
| **Period Ending:** | 09/17/11 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****04-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******0465 | Wire in from JPMorgan Chase Bank, N.A. account *******0465 | 9999-000 | 14,991.55 | | 14,991.55 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 14,991.86 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,992.75 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,993.62 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,994.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,995.40 |
| 09/24/10 | {1} | Cathleen Simmons | 50% payment of sale of right title in interest in avoidance actions | 1229-000 | 5,000.00 | | 19,995.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 19,995.52 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,995.68 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,995.84 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 19,996.00 |
| 01/17/11 | {1} | Cathy Simmons | final settlement instalment payment | 1229-000 | 5,000.00 | | 24,996.00 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 24,996.18 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 24,996.37 |
| 03/13/11 | 11002 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #08-33482, # 016026455 | 2300-000 | | 75.21 | 24,921.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 24,921.37 |
| 04/15/11 | 11003 | Illinois Department of Revenue | Penalty | 7300-000 | | 15.30 | 24,906.07 |
| 04/21/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 24,906.20 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 24,906.26 |
| 05/11/11 | 11004 | Illinois Department of Revenue | tax period 12/31/2010 Per April 5, 2011 - | 5200-000 | | 15.30 | 24,890.96 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 24,891.17 |
| 06/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.15 | | 24,891.32 |
| 06/23/11 | | To Account #9200******0466 | to close for final distribution | 9999-000 | | 24,891.32 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 24,997.13 | 24,997.13 | $0.00 |
| Less: Bank Transfers | | 14,991.55 | 24,891.32 |
| **Subtotal** | | 10,005.58 | 105.81 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$10,005.58** | **$105.81** |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-33482 |
| **Case Name:** | AMERICAN INDUSTRIAL FENCING CORPORA |
| | |
| **Taxpayer ID #:** | **-***3383 |
| **Period Ending:** | 09/17/11 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******04-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/11 | | From Account #9200******0465 | to close for final distribution | 9999-000 | 24,891.32 | | 24,891.32 |
| 06/23/11 | 101 | Illinois Department of Employment Security | Dividend paid 100.00% on $8,673.98; Claim# 4S; Filed: $8,673.98; Reference: | 4800-000 | | 8,673.98 | 16,217.34 |
| 06/23/11 | 102 | Internal Revenue Service | Dividend paid 100.00% on $536.05, | 5200-000 | | 536.05 | 15,681.29 |
| 06/23/11 | 103 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,251.00, Trustee Compensation;  Reference: | 2100-000 | | 3,251.00 | 12,430.29 |
| 06/23/11 | 104 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $3,337.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,337.50 | 9,092.79 |
| 06/23/11 | 105 | LOIS WEST | Dividend paid 100.00% on $1,980.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,980.00 | 7,112.79 |
| 06/23/11 | 106 | DEBORAH K. EBNER | Dividend paid 100.00% on $7.03, Trustee Expenses;  Reference: | 2200-000 | | 7.03 | 7,105.76 |
| 06/23/11 | 107 | Illinois Department of Employment Security | Dividend paid   7.46% on $10,041.71; Claim# 4P; Filed: $10,041.71; Reference: | 5800-000 | | 749.17 | 6,356.59 |
| 06/23/11 | 108 | Department of Treasury | Dividend paid   7.46% on $85,203.79; Claim# 9P; Filed: $85,203.79; Reference: | 5800-000 | | 6,356.59 | 0.00 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 24,891.32 | 24,891.32 | $0.00 |
| Less: Bank Transfers | 24,891.32 | 0.00 | |
| **Subtotal** | 0.00 | 24,891.32 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$24,891.32** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****04-65** | 15,004.93 | 13.38 | 0.00 |
| **MMA # 9200-*****04-65** | 10,005.58 | 105.81 | 0.00 |
| **Checking # 9200-*****04-66** | 0.00 | 24,891.32 | 0.00 |
| | $25,010.51 | $25,010.51 | $0.00 |